IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RONALD FEBRES FARREL<br>Plaintiff<br>vs<br>GC&E SYSTEMS GROUP, INC.; ABC INSURANCE, INC.; JOHN DOE; JANE DOE<br>Defendants | CIVIL 17-1596CCC |

## JUDGMENT

Plaintiff Ronald Febres Farrel and defendant GC&E Systems Group, Inc. having entered a Joint Stipulation of Dismissal with Prejudice (**d.e. 25**) on October 24, 2018, it is ORDERED and ADJUDGED that judgment be entered DISMISSING the instant action, WITH PREJUDICE, with each party bearing its own costs, expenses, and attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 25, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge